# United States District Court
## Eastern District of Michigan

| | |
|---|---|
| United States of America | Case Number: 07CR20576-1 |
| V. | USM Number: 42144-039 |
| DARREN JOHNSON | Hon. George Caram Steeh |

**JUDGMENT IN A CRIMINAL CASE**
Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

Jonathan Epstein
Defendant's Attorney

The defendant admitted guilt to violation of conditions(s) 1 and 2.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, except as prescribed by a physician | June 2009 to the present |
| 2 | The defendant shall make monthly payments on any remaining balance of the restitution, special assessment at a rate and schedule recommended by the probation department and approved by the court | last payment made 1/20/10 |

The defendant is sentenced as provided in pages **2 through 2** of this judgment.  This sentence is imposed pursuant of the Sentencing Reform Act of 1984

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 30, 2010
Date of Imposition of Judgment



s/George Caram Steeh
United States District Judge

November 30, 2010
Date Signed

DEFENDANT:  DARREN JOHNSON
CASE NUMBER:  07CR20576-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **6 months. Supervision is continued until self surrender.   No new term of supervised release to follow.   Restitution obligation continues.**

The defendant shall surrender to the United States Marshal for this district,  **on January 3, 2011.**

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy United States Marshal